<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

Southern District of Texas

Case number (if known): _____     Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Gries & Associates, LLC |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as names* | _____ <br> _____ <br> _____ <br> _____ |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 5 – 3 5 8 8 3 4 7 |

**4. Debtor's address**

**Principal place of business**

20706 Great Pines Drive
Number          Street

Cypress, TX 77433
City                    State    ZIP Code

Harris
County

**Mailing address, if different from principal place of business**

_____
Number       Street

_____
City                State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number       Street

_____
City                State    ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | www.griesandassociates.com |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor _____Gries & Associates, LLC_____     Case number *(if known)* _____
          Name

| 7. Describe debtor's business | A. *Check one:* |
|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
_5_ _4_ _1_ _2_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY

       District _____ When _____ Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

       District _____ When _____
                                                      MM / DD / YYYY

       Case number, if known _____

Debtor    Gries & Associates, LLC                  Case number *(if known)* _____

       Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>     What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>     Number      Street<br><br>_____<br>City            State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

## ▮ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☑ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

| | | | | | |
|---|---|---|---|---|---|
| ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    Gries & Associates, LLC
          _____        Case number (if known) _____
          Name

| | | | |
|---|---|---|

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/01/2023
              _____
              MM/  DD/  YYYY

**X**  /s/ Blaze Gries                                      Blaze Gries
       _____          _____
       Signature of authorized representative of debtor      Printed name

       Title _____
                          Owner

**18. Signature of attorney**

**X**  _____      Date   11/01/2023
                   /s/ Robert C Lane                       _____
       Signature of attorney for debtor                     MM/  DD/  YYYY

       Robert C Lane
       _____
       Printed name

       The Lane Law Firm
       _____
       Firm name

       6200 Savoy Dr Ste 1150
       _____
       Number       Street

       Houston                                  TX        77036-3369
       _____         _____   _____
       City                                     State     ZIP Code

       (713) 595-8200                           notifications@lanelaw.com
       _____         _____
       Contact phone                            Email address

       24046263                                 TX
       _____         _____
       Bar number                               State

Fill in this information to identify the case:

Debtor Name  **Gries & Associates, LLC**

United States Bankruptcy Court for the:  **Southern**   District of   **Texas**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** | _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Amegy Bank of Texas** | **Checking account** | **1  2  8  6** | **$10,938.01** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____  _____
   4.2 _____  _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$10,938.01**

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____  _____
   7.2 _____  _____

Debtor    **Gries & Associates, LLC**_____    Case number *(if known)*_____
          Name

---

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1  _____    _____

8.2  _____    _____

9.    **Total of Part 2**    | |
      Add lines 7 through 8. Copy the total to line 81.    | |

| Part 3: | Accounts receivable |
| --- | --- |

10.   **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

Current value of
debtor's interest

11.   **Accounts receivable**

| | | | | Current value |
| --- | --- | --- | --- | --- |
| 11a. 90 days old or less: | **$185,099.09** | - | **$119,481.00** | =..... ➡ | **$65,618.09** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **$166,510.00** | - | **$80,000.00** | =..... ➡ | **$86,510.00** |
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3**    **$152,128.09**
      Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13.   **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |

14.   **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1  _____    _____    _____

14.2  _____    _____    _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1  _____    _____    _____    _____

15.2  _____    _____    _____    _____

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1  _____    _____    _____

---

Debtor    **Gries & Associates, LLC**_____        Case number *(if known)*_____
             Name

---

16.2 _____        _____        _____

17.  **Total of Part 4**                                                              ┌──────────────┐
     Add lines 14 through 16. Copy the total to line 83.                              │_____│
                                                                                      └──────────────┘

| Part 5: | Inventory, excluding agriculture assets |

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20.  Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21.  Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22.  Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23.  **Total of Part 5**                                                              ┌──────────────┐
     Add lines 19 through 22. Copy the total to line 84.                              │_____│
                                                                                      └──────────────┘

24.  **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

---

Debtor      **Gries & Associates, LLC**                                          Case number *(if known)* _____
      Name

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | _____ | _____ | _____ |

| | |
|---|---|
| 33. **Total of Part 6**<br>Add lines 28 through 32. Copy the total to line 85. | _____ |

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

| Debtor | Gries & Associates, LLC | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| | Chair | unknown | Fair Market Value | $100.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Computers (10) | unknown | Fair Market Value | $1,000.00 |
| | Monitors (5) | unknown | Fair Market Value | $250.00 |
| | Printer | unknown | Fair Market Value | $100.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | | |
| --- | --- | --- | --- | --- |
| 42.1 | | | | |
| 42.2 | | | | |
| 42.3 | | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $1,450.00 |
| --- | --- |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:      Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor    **Gries & Associates, LLC**                                    Case number *(if known)* _____
                Name

| | | | |
|---|---|---|---|
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

51.  **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                                              _____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:    Real property**

54.  **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56.  **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.          _____

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

Debtor    **Gries & Associates, LLC**                                      Case number *(if known)* _____
          Name

---

| 58. | **Has any of the property listed in Part 9 been appraised by a professional within the last year?** |
| --- | --- |
|  | ☑ No |
|  | ☐ Yes |

| **Part 10:** | Intangibles and intellectual property |
| --- | --- |

| 59. | **Does the debtor have any interests in intangibles or intellectual property?** |
| --- | --- |
|  | ☐ No. Go to Part 11. |
|  | ☑ Yes. Fill in the information below. |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| **61.** **Internet domain names and websites** | | | |
| griesandassociates.com | unknown | _____ | $1.00 |
| **62.** **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| Customer lists | unknown | Fair Market Value | $1.00 |
| **64.** **Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| **65.** **Goodwill** | | | |
| Goodwill | unknown | _____ | unknown |

| 66. | **Total of Part 10** | | | |
| --- | --- | --- | --- | --- |
|  | Add lines 60 through 65. Copy the total to line 89. | | | $2.00 |

| 67. | **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?** |
| --- | --- |
|  | ☐ No |
|  | ☑ Yes |

| 68. | **Is there an amortization or other similar schedule available for any of the property listed in Part 10?** |
| --- | --- |
|  | ☑ No |
|  | ☐ Yes |

| 69. | **Has any of the property listed in Part 10 been appraised by a professional within the last year?** |
| --- | --- |
|  | ☑ No |
|  | ☐ Yes |

| **Part 11:** | All other assets |
| --- | --- |

| Debtor | Gries & Associates, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**71.** **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➔   _____
Total face amount          doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

**73.** **Interests in insurance policies or annuities**

_____   _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   _____

**Nature of claim**   _____

**Amount requested**   _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   _____

**Nature of claim**   _____

**Amount requested**   _____

**76.** **Trusts, equitable or future interests in property**

_____   _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   _____

_____   _____

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.   _____

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor      **Gries & Associates, LLC**                                    Case number *(if known)* _____
            Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $10,938.01 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $152,128.09 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,450.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9* ....................................... ➜ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........................91a. | $164,518.10 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................... | | $164,518.10 |

Fill in this information to identify the case:

Debtor name __Gries & Associates, LLC__

United States Bankruptcy Court for the: _____Southern_____ District of _____Texas_____
                                                                                    (State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** **Creditor's name**

Cloud Fund, LLC

**Creditor's mailing address**

400 Rella Blvd Suite 165-101

Suffern, NY 10901

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
   **See continuation page.**

**Describe debtor's property that is subject to a lien**

Accounts receivable under 90 days, Accounts receivable over 90 days, Amegy Bank of Texas

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $21,885.00

Column B: $163,066.10

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $212,077.00

Debtor  Gries & Associates, LLC

Name

Case number (if known) _____

| Part 1: | Additional Page |
| --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.2** **Creditor's name**

Everest Business Funding

**Creditor's mailing address**

5 West 37th St 2nd Floor

New York, NY 10018

**Creditor's email address, if known**

_____

Date debt was       _____
incurred

Last 4 digits of    ___ ___ ___ ___
account
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines _2.1_

**Describe debtor's property that is subject to a lien**

Accounts receivable under 90 days, Accounts receivable over 90 days, Amegy Bank of Texas

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

|  | $23,920.00 | $163,066.10 |
| --- | --- | --- |

| Debtor | Gries & Associates, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 1:   Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.3** **Creditor's name**

Forward Financing LLC

**Creditor's mailing address**

100 Summer Street Suite 1175

Boston, MA 02110

**Creditor's email address, if known**

_____

**Date debt was** _____
**incurred**

**Last 4 digits of** ___ ___ ___ ___
**account**
**number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____

　☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

Accounts receivable under 90 days, Accounts receivable over 90 days, Amegy Bank of Texas

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| | $24,450.00 | $163,066.10 |

Debtor     Gries & Associates, LLC                                    Case number (if known) _____
           Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.4** **Creditor's name**

OnDeck Capital

| | Describe debtor's property that is subject to a lien | $72,216.00 | $163,066.10 |
|---|---|---|---|

**Creditor's mailing address**

4700 W. Daybreak Pwy Suite 200

South Jordan, UT 84009

Accounts receivable under 90 days, Accounts receivable over 90 days, Amegy Bank of Texas

**Creditor's email address, if known**

_____

**Describe the lien**

_____

**Date debt was** _____
**incurred**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Last 4 digits of** ___ ___ ___ ___
**account**
**number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines  2.1

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor  Gries & Associates, LLC                                    Case number (if known) _____

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.5**  **Creditor's name**

Smart Business Services LLC

Amount of claim: $17,131.00

Value of collateral: $163,066.10

**Creditor's mailing address**

14501 SW 88th St

Miami, FL 33186

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

   ☑ Yes. The relative priority of creditors is specified on lines __2.1__

**Describe debtor's property that is subject to a lien**

Accounts receivable under 90 days, Accounts receivable over 90 days, Amegy Bank of Texas

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor ___Gries & Associates, LLC_____     Case number (if known) _____
     Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6** **Creditor's name**

Ultra Funding

**Creditor's mailing address**

50 Merrick Road Suite 203

Rockville Centre, NY 11570

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines __2.1__

**Describe debtor's property that is subject to a lien**

Accounts receivable under 90 days, Accounts receivable over 90 days, Amegy Bank of Texas

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

       $37,475.00       $163,066.10

Debtor   Gries & Associates, LLC                                              Case number (if known) _____
         Name

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7** **Creditor's name**

Wynwood Capital Group

**Creditor's mailing address**

20200 W Dixie Highway

Miami, FL 33180

**Creditor's email address, if known**

_____

**Date debt was** _____
**incurred**

**Last 4 digits of** __ __ __ __
**account
number**

**Do multiple creditors have an interest
in the same property?**

☐ No
☑ Yes. Have you already specified the
       relative priority?

   ☐ No.  Specify each creditor, including
           this creditor, and its relative
           priority.

   _____

   ☑ Yes. The relative priority of creditors
          is specified on lines _2.1_

**Describe debtor's property that is subject to a
lien**

Accounts receivable under 90 days, Accounts
receivable over 90 days, Amegy Bank of Texas

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

|  | Column A | Column B |
|---|---|---|
|  | $15,000.00 | $163,066.10 |

Debtor    Gries & Associates, LLC
          _____
          Name                                                                Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

**2.1** **Creditor's name**

Cloud Fund, LLC
_____

**Specify each creditor, including this creditor, and its relative priority.**

For Accounts receivable under 90 days: **1) Cloud Fund, LLC**; 2) Everest Business Funding; 3) Forward Financing LLC; 4) OnDeck Capital; 5) Smart Business Services LLC; 6) Ultra Funding; 7) Wynwood Capital Group; For Accounts receivable over 90 days: **1) Cloud Fund, LLC**; 2) Everest Business Funding; 3) Forward Financing LLC; 4) OnDeck Capital; 5) Smart Business Services LLC; 6) Ultra Funding; 7) Wynwood Capital Group; For Amegy Bank of Texas: **1) Cloud Fund, LLC**; 2) Everest Business Funding; 3) Forward Financing LLC; 4) OnDeck Capital; 5) Smart Business Services LLC; 6) Ultra Funding; 7) Wynwood Capital Group

Fill in this information to identify the case:

Debtor name        Gries & Associates, LLC

United States Bankruptcy Court for the:

       Southern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

**2.**   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** <br><br> New Maker Financial <br><br> 7173 S Havana St Ste 600-153 <br><br> Centennial, CO 80112-3891 <br><br> **Date or dates debt was incurred** <br> _____ <br><br> **Last 4 digits of account number** ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(5)** <br> **Remarks:** unpaid employer contributions to 401k | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the Claim:** <br> _____ <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | $10,945.02 | $10,945.02 |
| **2.2** | **Priority creditor's name and mailing address** <br><br> _____ <br><br> _____ <br><br> _____ <br><br> **Date or dates debt was incurred** <br> _____ <br><br> **Last 4 digits of account number** ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> _____ <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | | _____ | _____ |

Debtor     **Gries & Associates, LLC**                                    Case number *(if known)*
              Name

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

American Express

Bankruptcy Unit

P.O Box 297817

Fort Lauderdale, FL 33329

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

$14,299.71

---

**3.2** | Nonpriority creditor's name and mailing address

American Express

Bankruptcy Unit

P.O Box 297817

Fort Lauderdale, FL 33329

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Line of Credit

Is the claim subject to offset?
☑ No
☐ Yes

$52,937.27

---

**3.3** | Nonpriority creditor's name and mailing address

Capital One

PO Box 60519

City of Industry, CA 91716

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

$1,523.66

---

**3.4** | Nonpriority creditor's name and mailing address

Chase

PO Box BOX 78039

Phoenix, AZ 85062

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

$4,950.51

Debtor   **Gries & Associates, LLC**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**ENT Credit Union**

**PO Box 790408**

**Saint Louis, MO 63179**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
- [x] No
- [ ] Yes

$3,067.00

---

**3.6** Nonpriority creditor's name and mailing address

**FTI Consulting**

**1301 McKinney St #3500**

**Houston, TX 77010**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Balance Owed

Is the claim subject to offset?
- [x] No
- [ ] Yes

$4,856.00

---

**3.7** Nonpriority creditor's name and mailing address

**Intuit Quickbooks**

**5601 Headquarters Dr.**

**Plano, TX 75024**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Capital Loan

Is the claim subject to offset?
- [x] No
- [ ] Yes

$17,948.32

---

**3.8** Nonpriority creditor's name and mailing address

**Orient Best**

**Attn: Shell Wang**
**shell.wang@cpaorientbest.com**

**Shanghai,**

Date or dates debt was incurred   05/15/2023

Last 4 digits of account number ___ ___ ___ ___

**Remarks:** Translation services of financial records

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$9,200.00

---

Debtor   **Gries & Associates, LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $65,000.00 |
|---|---|---|---|

**PCAOB HQ**

**1666 K St NW**

**Washington, DC 20006**

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:**  Fine

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Gries & Associates, LLC**                                    Case number *(if known)* _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$10,945.02** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$173,782.47** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$184,727.49** |

Fill in this information to identify the case:

Debtor name _____ Gries & Associates, LLC _____

United States Bankruptcy Court for the:
_____ Southern District of Texas _____

Case number (if known): _____   Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest _____ <br> State the term remaining _____ <br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest _____ <br> State the term remaining _____ <br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest _____ <br> State the term remaining _____ <br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest _____ <br> State the term remaining _____ <br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |

---

Fill in this information to identify the case:

Debtor name        **Gries & Associates, LLC**

United States Bankruptcy Court for the: _____ **Southern** _____ District of _____ **Texas** _____
                                                                                    (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

---

<u>Official Form 206H</u>

Schedule H: Codebtors                                                              12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

---

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  Blaze Gries | 20706 Great Pines Dr<br>Street<br><br>Cypress, TX 77433<br>City        State        ZIP Code | Cloud Fund, LLC | ☑ D<br>☐ E/F<br>☐ G |
| | | Everest Business Funding | ☑ D<br>☐ E/F<br>☐ G |
| | | Forward Financing LLC | ☑ D<br>☐ E/F<br>☐ G |
| | | OnDeck Capital | ☑ D<br>☐ E/F<br>☐ G |
| | | Ultra Funding | ☑ D<br>☐ E/F<br>☐ G |
| | | Smart Business Services LLC | ☑ D<br>☐ E/F<br>☐ G |
| | | Wynwood Capital Group | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br><br>City        State        ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

---

| Debtor | **Gries & Associates, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.3 | _____ | Street _____ <br> _____ <br> City          State          ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.4 | _____ | Street _____ <br> _____ <br> City          State          ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.5 | _____ | Street _____ <br> _____ <br> City          State          ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City          State          ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

**Fill in this information to identify the case:**

Debtor name _____ Gries & Associates, LLC _____

United States Bankruptcy Court for the:
_____ Southern District of Texas _____

Case number (if known): _____   Chapter ___11___

☐ Check if this is an
   amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................................. | $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ | $164,518.10

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. | $164,518.10

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $212,077.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................... | $10,945.02

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... | + $173,782.47

4. **Total liabilities**........................................................................................... | $396,804.49
   Lines 2 + 3a + 3b

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Gries & Associates, LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Southern District of Texas</td></tr>
<tr><td colspan="2">Case number (if known): _____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,337,960.71 |
| **For prior year:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,412,288.62 |
| **For the year before that:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $410,437.12 |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | Credit Card Rewards, Interest Earned | $1,922.34 |
| **For prior year:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY   MM/ DD/ YYYY | Credit Card Rewards, Interest Earned | $2,282.64 |
| **For the year before that:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY   MM/ DD/ YYYY | Credit Card Rewards, Interest Earned | $977.78 |

| Debtor | Gries & Associates, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. American Express <br> Creditor's name <br> P.O Box 297817 <br> Street <br> Bankruptcy Unit <br> Fort Lauderdale, FL 33329 <br> City        State        ZIP Code | 08/2023 <br><br> 09/2023 <br><br> 10/2023 | $20,177.00 | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. American Express <br> Creditor's name <br> P.O Box 297817 <br> Street <br> Bankruptcy Unit <br> Fort Lauderdale, FL 33329 <br> City        State        ZIP Code | 08/2023 <br><br> 09/2023 <br><br> 10/2023 | $23,479.70 | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.3. OnDeck Capital <br> Creditor's name <br> 4700 W. Daybreak Pwy Suite 200 <br> Street <br><br> South Jordan, UT 84009 <br> City        State        ZIP Code | 08/2023 <br><br> 09/2023 <br><br> 10/2023 | $10,032.00 | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.4. Forward Financing LLC <br> Creditor's name <br> 100 Summer Street Suite 1175 <br> Street <br><br> Boston, MA 02110 <br> City        State        ZIP Code | 08/2023 <br><br> 09/2023 <br><br> 10/2023 | $17,150.00 | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.5. Ultra Funding <br> Creditor's name <br> 50 Merrick Road Suite 203 <br> Street <br><br> Rockville Centre, NY 11570 <br> City        State        ZIP Code | 08/2023 <br><br> 09/2023 <br><br> 10/2023 | $24,733.00 | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

Debtor   Gries & Associates, LLC                                                                Case number *(if known)*
              Name

| 3.6. | Smart Business Services LLC | 08/2023 | $9,280.00 | ☐ Secured debt |
| | Creditor's name | | | ☑ Unsecured loan repayments |
| | 14501 SW 88th St | 09/2023 | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | 10/2023 | | ☐ Other _____ |
| | Miami, FL 33186 | | | |
| | City            State      ZIP Code | | | |

| 3.7. | Cloud Fund, LLC | 08/2023 | $8,322.00 | ☐ Secured debt |
| | Creditor's name | | | ☑ Unsecured loan repayments |
| | 400 Rella Blvd Suite 165-101 | 09/2023 | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | 10/2023 | | ☐ Other _____ |
| | Suffern, NY 10901 | | | |
| | City            State      ZIP Code | | | |

| 3.8. | Intuit Quickbooks | 08/2023 | $9,296.00 | ☐ Secured debt |
| | Creditor's name | | | ☑ Unsecured loan repayments |
| | 5601 Headquarters Dr. | 09/2023 | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | 10/2023 | | ☐ Other _____ |
| | Plano, TX 75024 | | | |
| | City            State      ZIP Code | | | |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. | | | |
| Creditor's name | | | |
| | | | |
| Street | | | |
| | | | |
| City            State      ZIP Code | | | |
| **Relationship to debtor** | | | |
| | | | |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor    Gries & Associates, LLC                                                Case number *(if known)*
          Name

**5.1.**  _____     _____     _____    _____
          Creditor's name

          _____
          Street

          _____

          _____
          City                    State     ZIP Code

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1.** _____ <br><br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City    State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:**  Legal Actions or Assignments

---

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| **7.1.** | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Smart Business vs Gries & Associates and Blaze Gries | Breach of Contract | Supreme Court of the State of New York County of Kings <br> Name <br><br> 360 Adams St 4 <br> Street <br><br> Brooklyn, NY 11201 <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 529653/2023 | | | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

Debtor    Gries & Associates, LLC           Case number *(if known)*
       Name

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name

Street

City      State    ZIP Code

**Case title**

**Case number**

**Date of order or assignment**

**Court name and address**

Name

Street

City      State    ZIP Code

---

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City      State    ZIP Code

**Recipient's relationship to debtor**

---

## Part 5: Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

---

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor   Gries & Associates, LLC                                        Case number *(if known)*
         Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | The Lane Law Firm | Attorney's Fee | 10/10/2023 | $5,000.00 |
| | **Address** | Attorney's Fee | 10/17/2023 | $10,000.00 |
| | 6200 SAVOY DR STE 1150 | Attorney's Fee | 10/27/2023 | $10,000.00 |
| | Street | | | |
| | | Attorney's Fee | 11/01/2023 | $5,000.00 |
| | Houston, TX 77036 | | | |
| | City             State      ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | | | | |
| | City             State      ZIP Code | | | |
| | **Relationship to debtor** | | | |

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **6**

Debtor  Gries & Associates, LLC                                        Case number *(if known)*
        Name

| Part 7: | Previous Locations |
|---------|-------------------|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

❑ Does not apply

| Address | Dates of occupancy |
|---------|-------------------|

14.1. 400 S Colorado Suite 870           From   4/1/2021    To   8/1/2021
      Street

      Denver, CO 80246
      City          State    ZIP Code

14.1. 501 S Cherry St Ste 1100         From   08/01/2021    To   09/30/2023
      Street

      Denver, CO 80246-1323
      City          State    ZIP Code

14.1. 1000 N Post Oak Rd Ste 220      From   09/01/2022    To   06/30/2023
      Street

      Houston, TX 77055-1375
      City          State    ZIP Code

| Part 8: | Health Care Bankruptcies |
|---------|-------------------------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

❑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|
| 15.1. _____ | | |
| Facility name | | |
| Street | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City   State   ZIP Code | | *Check all that apply:* ❑ Electronically ❑ Paper |

| Part 9: | Personally Identifiable Information |
|---------|-----------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

❑ No.

Debtor ___Gries & Associates, LLC_____   Case number *(if known)*_____
         Name

☑ Yes. State the nature of the information collected and retained. tax ID numbers for businesses _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☑ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?

  ☐ No. Go to Part 10.

  ☑ Yes. Does the debtor serve as plan administrator?

    ☑ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  _ _ – _ _ _ _ _ _ _ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 Chase Bank_____<br>Name<br>270 Park Avenue_____<br>Street<br>_____<br>New York, NY 10017_____<br>City    State   ZIP Code | XXXX– 0  1  7  7 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | 10/7/2023_____ | $0.00_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City   State  ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

Debtor    Gries & Associates, LLC                                    Case number *(if known)*
_____
        Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | **Address** | | |
| | City          State    ZIP Code | | | |

---

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

---

### Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

Debtor    Gries & Associates, LLC                                          Case number *(if known)*
_____
Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City            State    ZIP Code | City            State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City            State    ZIP Code | City            State    ZIP Code | | |

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.<br>Name | | EIN: _ _ – _ _ _ _ _ _ _ |
| Street | | **Dates business existed** |
| City            State    ZIP Code | | From _____ To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Debtor    Gries & Associates, LLC                                          Case number *(if known)*
          Name

| Name and address | Dates of service |
|---|---|
| 26a.1. Sean Butler - Tax Prep<br>Name<br><br>1035 Dairy Ashford Rd #315<br>Street<br><br>Houston, TX 77079<br>City                State                ZIP Code | From 1/1/2023    To current |

| Name and address | Dates of service |
|---|---|
| 26a.2. Deana Arnold<br>Name<br><br>Street<br><br>Littleton, CO<br>City                State                ZIP Code | From 2021    To 2021 |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br>Name<br><br>Street<br><br>City                State                ZIP Code | From _____    To _____ |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br>Name<br><br>Street<br><br>City                State                ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1.<br>Name<br><br>Street<br><br>City                State                ZIP Code |

Debtor    Gries & Associates, LLC                                      Case number *(if known)*
          Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____

Name _____

Street _____

_____

City                    State          ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Blaze Gries | 20706 Great Pines Dr Cypress, TX 77433 | Owner, | 100.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Blaze Gries<br>Name | $9,861.52 | 01/2023 | |
| | $9,861.52 | 02/2023 | |
| Street | $9,861.52 | 03/2023 | |
| | $9,861.52 | 04/2023 | |
| City          State        ZIP Code | $9,861.52 | 05/2023 | |
| Relationship to debtor | $9,861.52 | 06/2023 | |
| | $9,861.52 | 07/2023 | |
| | $9,861.52 | 08/2023 | |
| | $9,861.52 | 09/2023 | |

| Debtor | Gries & Associates, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | $9,861.52 | 10/2023 |
|---|---|---|
| | $9,861.52 | 11/2023 |
| | $9,861.52 | 12/2023 |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____11/01/2023_____
          MM/ DD/ YYYY

**X** /s/ Blaze Gries                         Printed name            Blaze Gries
Signature of individual signing on behalf of the debtor

Position or relationship to debtor            Owner

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

---

Official Form 207       **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**       page 13

| Fill in this information to identify the case: |
| --- |
| Debtor name          Gries & Associates, LLC |
| United States Bankruptcy Court for the:      Southern District of Texas |
| Case number (if known): _____ |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1   American Express<br>Bankruptcy Unit<br>P.O Box 297817<br>Fort Lauderdale, FL 33329 | | Line of Credit | | | | $52,937.27 |
| 2   American Express<br>Bankruptcy Unit<br>P.O Box 297817<br>Fort Lauderdale, FL 33329 | | Credit Card | | | | $14,299.71 |
| 3   Capital One<br>PO Box 60519<br>City of Industry, CA 91716 | | Credit Card | | | | $1,523.66 |
| 4   Chase<br>PO Box BOX 78039<br>Phoenix, AZ 85062 | | Credit Card | | | | $4,950.51 |
| 5   ENT Credit Union<br>PO Box 790408<br>Saint Louis, MO 63179 | | Credit Card | | | | $3,067.00 |
| 6   FTI Consulting<br>1301 McKinney St #3500<br>Houston, TX 77010 | | Balance Owed | | | | $4,856.00 |
| 7   Intuit Quickbooks<br>5601 Headquarters Dr.<br>Plano, TX 75024 | | Capital Loan | | | | $17,948.32 |
| 8   New Maker Financial<br>7173 S Havana St Ste 600-153<br>Centennial, CO 80112-3891 | | | | | | $10,945.02 |

Debtor     Gries & Associates, LLC                                      Case number *(if known)*
                 Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Orient Best Attn: Shell Wang shell.wang@cpaorientbest.com Shanghai, | shell@cpaorientbest.com | | | | | $9,200.00 |
| 10 | PCAOB HQ 1666 K St NW Washington, DC 20006 | | Fine | Contingent | | | $65,000.00 |
| 11 | Ultra Funding 50 Merrick Road Suite 203 Rockville Centre, NY 11570 | | | Disputed | $37,475.00 | $163,066.10 | $34,010.90 |
| 12 | Wynwood Capital Group 20200 W Dixie Highway Miami, FL 33180 | | | Disputed | $15,000.00 | $163,066.10 | $15,000.00 |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Texas

**In re**   Gries & Associates, LLC

Case No. _____

**Debtor**   Chapter _____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ..................................................................................   $42,500.00

Prior to the filing of this statement I have received ......................................................................   $30,000.00

Balance Due ...................................................................................................................................   $12,500.00

2.   The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 11/01/2023 | /s/ Robert C Lane |
|---|---|
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

The Lane Law Firm
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Gries & Associates, LLC**                                                    CASE NO

                                                                                     CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____11/01/2023_____     Signature _____/s/ Blaze Gries_____
                                                                              Blaze Gries, Owner

AMERICAN EXPRESS
BANKRUPTCY UNIT
P.O BOX 297817
FORT LAUDERDALE, FL 33329


BLAZE GRIES
20706 GREAT PINES DR
CYPRESS, TX 77433


CAPITAL ONE
PO BOX 60519
CITY OF INDUSTRY, CA 91716


CHASE
PO BOX BOX 78039
PHOENIX, AZ 85062


CLOUD FUND, LLC
400 RELLA BLVD SUITE 165-101
SUFFERN, NY 10901


ENT CREDIT UNION
PO BOX 790408
SAINT LOUIS, MO 63179


EVEREST BUSINESS FUNDING
5 WEST 37TH ST 2ND FLOOR
NEW YORK, NY 10018


FORWARD FINANCING LLC
100 SUMMER STREET SUITE 1175
BOSTON, MA 02110

FTI CONSULTING
1301 MCKINNEY ST #3500
HOUSTON, TX 77010


GRIES & ASSOCIATES, LLC
20706 GREAT PINES DRIVE
CYPRESS, TX 77433


INTUIT QUICKBOOKS
5601 HEADQUARTERS DR.
PLANO, TX 75024


NEW MAKER FINANCIAL
7173 S HAVANA ST STE 600-153
CENTENNIAL, CO 80112-3891


ONDECK CAPITAL
4700 W. DAYBREAK PWY SUITE 200
SOUTH JORDAN, UT 84009


ORIENT BEST
ATTN: SHELL WANG
SHELL.WANG@CPAORIENTBEST.COM
SHANGHAI


PCAOB HQ
1666 K ST NW
WASHINGTON, DC 20006


SMART BUSINESS SERVICES
LLC
14501 SW 88TH ST
MIAMI, FL 33186

THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369


ULTRA FUNDING
50 MERRICK ROAD SUITE 203
ROCKVILLE CENTRE, NY 11570


WYNWOOD CAPITAL GROUP
20200 W DIXIE HIGHWAY
MIAMI, FL 33180

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is .

2. The following financial data is the latest available information and refers to the debtor's condition on .

| | |
|---|---|
| a. Total assets | $164,518.10 |
| b. Total debts (including debts listed in 2.c., below) | $396,804.49 |
| c. Debt securities held by more than 500 holders | |

Approximate number of holders:

| | | |
|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ |
| secured ☐ | unsecured ☐ | subordinated ☐ |
| secured ☐ | unsecured ☐ | subordinated ☐ |
| secured ☐ | unsecured ☐ | subordinated ☐ |
| secured ☐ | unsecured ☐ | subordinated ☐ |

d. Number of shares of preferred stock

e. Number of shares common stock

Comments, if any:

3. Brief description of debtor's business          Audit & Advisory Firm

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**Fill in this information to identify the case:**

Debtor name        Gries & Associates, LLC

United States Bankruptcy Court for the:

      Southern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/01/2023 _____
        MM/ DD/ YYYY

X   /s/ Blaze Gries _____
Signature of individual signing on behalf of debtor

Blaze Gries _____
Printed name

Owner _____
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE: **Gries & Associates, LLC**                     CASE NO

                                                          CHAPTER **11**


### DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
### PETITION, LISTS, STATEMENTS, AND SCHEDULES


## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐     *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
       I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑     *[Only include if petitioner is a corporation, partnership or limited liability company]* --
       I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.


Date                      _____/s/ Blaze Gries_____
11/01/2023                Blaze Gries
                          Owner
                          EIN No.   8  3  4  7


## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date                      _____/s/ Robert C Lane_____
11/01/2023                Robert C Lane
                          Attorney