**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an
   amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: _____

Date report filed: _____
MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | Yes | No | N/A |
|---|---|---|---|
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | Yes | No | N/A |
|---|---|---|---|
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____ Gries & Associates, LLC_____ Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?   ❑   ❑   ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❑   ❑   ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.   $ _____

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.   $ _____

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.   – $ _____

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.   + $ _____

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.   = $ _____

## 3. Unpaid Bills

   Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ _____

   *(Exhibit E)*

Debtor Name _____Gries & Associates, LLC_____ Case number _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? _____

27. What is the number of employees as of the date of this monthly report? _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ _____

30. How much have you paid this month in other professional fees? $ _____

31. How much have you paid in total other professional fees since filing the case? $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month: $ _____

36. Total projected cash disbursements for the next month: − $ _____

37. Total projected net cash flow for the next month: = $ _____

Debtor Name _____Gries & Associates, LLC_____   Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐   39.   Bank reconciliation reports for each account.

☐   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐   41.   Budget, projection, or forecast reports.

☐   42.   Project, job costing, or work-in-progress reports.

**Regions Bank**
Spring Cypress
17465 Spring Cypress Road
Cypress, TX 77429

GRIES AND ASSOCIATES LLC
DEBTOR IN POSSESSION
20706 GREAT PINES DR
CYPRESS TX 77433-3688

**ACCOUNT #** ▬▬▬ **2739**

|  |  |
|---|---|
|  | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN BUSINESS CHECKING
December 30, 2023 through January 31, 2024

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $100.00 | Minimum Balance | $10,100 |
| Deposits & Credits | $108,137.21 + | Average Balance | $63,334 |
| Withdrawals | $13,183.95 − | | |
| Fees | $48.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $3,000.00 − | | |
| **Ending Balance** | **$92,005.26** | | |

### DEPOSITS & CREDITS

| | | | | |
|---|---|---|---|---|
| 01/02 | Amegy Bank | Extrl Xfer Blaze Gries | Gries, Blaze | 10,000.00 |
| 01/03 | Amegy Bank | Extrl Xfer Blaze Gries | Gries, Blaze | 10,000.00 |
| 01/04 | Amegy Bank | Extrl Xfer Blaze Gries | Gries, Blaze | 10,000.00 |
| 01/05 | Amegy Bank | Extrl Xfer Blaze Gries | Gries, Blaze | 10,000.00 |
| 01/08 | Amegy Bank | Extrl Xfer Blaze Gries | Gries, Blaze | 10,000.00 |
| 01/09 | Amegy Bank | Extrl Xfer Blaze Gries | Gries, Blaze | 10,000.00 |
| 01/11 | Wire Transfer Koch Partners | | | 6,000.00 |
| 01/12 | Wire Transfer Koch Partners | | | 5,000.00 |
| 01/17 | Amegy Bank | Extrl Xfer Blaze Gries | Gries, Blaze | 2,642.20 |
| 01/17 | ATM Imaged Deposit | | | 9,500.00 |
| 01/17 | Colorado Biolabs Acctverify Gries & Associ 014adhqsgmf8zp5 | | | 0.01 |
| 01/22 | Colorado Biolabs Bill.Com Gries & Associ 025ptincagrnft2 | | | 2,500.00 |
| 01/22 | Deposit - Thank You | | | 19,000.00 |
| 01/30 | Wire Transfer Ruganiv S A DE | | | 3,495.00 |
| | | | Total Deposits & Credits | $108,137.21 |

### WITHDRAWALS

| | | | |
|---|---|---|---|
| 01/03 | Card Purchase Postal Plus 18  7399 Cypress      TX 77433   0060 | | 17.56 |
| 01/08 | Card Purchase Wolters Kluwer/  7372 800-449-6439  IL 60646   0060 | | 1,397.84 |
| 01/08 | Card Purchase Glf*blackhorseg  7992 Cypress      TX 77433   0060 | | 30.18 |
| 01/09 | Card Purchase Google *Domains  7372 G.CO/Helppay# CA 94043   0060 | | 12.00 |
| 01/09 | The Lane Law Fir Corp Coll Gries Associat | | 500.00 |
| 01/11 | Card Purchase Eado Investment  7523 Houston      TX 77003   0060 | | 4.00 |
| 01/12 | Card Purchase Theater Distric  7523 8324877076   TX 77002   0060 | | 14.00 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**



**Thank You For Banking With Regions!**
2024 Regions Bank Member FDIC. All loans subject to credit approval.



Regions Bank
Spring Cypress
17465 Spring Cypress Road
Cypress, TX 77429

GRIES AND ASSOCIATES LLC
DEBTOR IN POSSESSION
20706 GREAT PINES DR
CYPRESS TX 77433-3688

**ACCOUNT #** ████ 2739

| | | 001 |
|---|---|---|
| Cycle | | 26 |
| Enclosures | | 0 |
| Page | | 2 of 3 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 01/16 | Card Purchase Bmw of West Hou 5511 Katy TX 77449 0060 | 811.28 |
| 01/18 | Card Purchase Poke Yana 5812 Cypress TX 77429 0060 | 33.32 |
| 01/18 | PIN Purchase Costco Gas #12 5542 Cypress TX 0060 | 52.76 |
| 01/18 | Bank Debit | 3,000.00 |
| 01/22 | The Lane Law Fir Corp Coll Gries Associat | 500.00 |
| 01/24 | PIN Purchase Murphy Express 5541 Cypress 0060 | 2.80 |
| 01/25 | Card Purchase McDonald S F357 5814 Cypress TX 77433 0060 | 12.21 |
| 01/26 | Card Purchase Sp Arccos Golf, 7999 Staging.Arcco CT 06902 0060 | 191.24 |
| 01/29 | Recurring Card Transaction Law*justanswer/ 4816 800-240-1371 CA 94129 0060 | 60.00 |
| 01/29 | Card Purchase Law*justanswer/ 4816 800-240-1371 CA 94129 0060 | 5.00 |
| 01/29 | ATM Withdrawal M93968 12205 Fry Roa Cypress TX M93968 0060 | 102.00 |
| 01/30 | Card Purchase Bmw of West Hou 5511 Katy TX 77449 0060 | 355.66 |
| 01/30 | Natpay-13703041 Invoice Gries & Assocs 13703041 | 129.40 |
| 01/30 | Natpay-13703041 Impoundtax Gries & Assocs 13703041 | 1,660.41 |
| 01/30 | Natpay-13703041 Dir Dep Gries & Assocs 13703041 | 4,292.29 |
| | Total Withdrawals | $13,183.95 |

## FEES

| Date | Description | Amount |
|---|---|---|
| 01/11 | Wire Transfer Wire Fee | 15.00 |
| 01/12 | Wire Transfer Wire Fee | 15.00 |
| 01/29 | Other Bank ATM Withdrawal Fee | 3.00 |
| 01/30 | Wire Transfer Wire Fee | 15.00 |
| | Total Fees | $48.00 |

## CHECKS

| Date | Check No. | Amount |
|---|---|---|
| 01/22 | | 3,000.00 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/02 | 10,100.00 | 01/11 | 64,123.42 | 01/24 | 95,336.47 |
| 01/03 | 20,082.44 | 01/12 | 69,094.42 | 01/25 | 95,324.26 |
| 01/04 | 30,082.44 | 01/16 | 68,283.14 | 01/26 | 95,133.02 |
| 01/05 | 40,082.44 | 01/17 | 80,425.35 | 01/29 | 94,963.02 |
| 01/08 | 48,654.42 | 01/18 | 77,339.27 | 01/30 | 92,005.26 |
| 01/09 | 58,142.42 | 01/22 | 95,339.27 | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.